MICHAEL J. HURLEY  SBN: 153174
Law Offices of Moga & Hurley
9121 Haven Avenue, Suite 210
Rancho Cucamonga, CA 91730
Telephone:  (909) 948-7282
Facsimile:   (909) 948-7292
E-Mail:       Mogahurley@aol.com

Attorney for Plaintiff:
BARBARA A.. BAKER

## EASTERN DIVISION

## UNITED STATES DICTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA A.. BAKER , <br><br>             Plaintiff, <br><br> vs. <br><br> MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY <br><br>             Defendants. | No.  EDCV – O8-212 JTL <br><br> (PROPOSED) ORDER AWARDING EAJA ATTORNEY FEES |

Based on the parties Stipulation for Award of EAJA fees and costs ("Stipulation") and good cause appearing,

**IT IS HEREBY ORDERED** that plaintiff is awarded attorney fees and costs pursuant to the Equal Access to Justice Act ("EAJA") in the amount of FOUR THOUSAND FIVE HUNDRED DOLLARS ($4,500.00) as authorized by 28 U.S.C. 2412(d) payable to Plaintiff's counsel as Plaintiff's assignee and subject to the terms and conditions set forth in the Stipulation.

Dated: April 15, 2009

/s/Jennifer T. Lum
_____
Jennifer T. Lum
UNITED STATES MAGISTRATE JUDGE